IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) Cr. No. CR 06 61 S
vs. ) In violation of 21 U.S.C.
) §§ 841(a)(1) & (b)(1)(A)
KENT AWER )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 2, 2006, in the District of Rhode Island, the defendant, KENT AWER, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney
DATE: 05-10-2006