AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

Albert Amaral

APPEARANCE

CASE NUMBER: CR 06. 61 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Albert Amaral

I certify that I am admitted to practice in this court.

5/15/06
*Date*

[signature]
*Signature*

[illegible] 4672
*Print Name* *Bar Number*

130 [illegible]
*Address*

[illegible] RI 02903
*City* *State* *Zip Code*

401-621 9700 331-9503
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.