**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 06-61S** |
| | : | |
| **KENT AWER** | : | |

## MOTION TO CONTINUE

NOW COMES Defendant in the above-captioned matter and moves this Honorable Court to continue the matter currently scheduled to be heard on June 26, 2006 for thirty (30) days due to the nature and severity of the charges. Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from the filing of this Motion through disposition, as well as the duration of the continuance are to constitute excludable time as defined by 18 U.S.C. 3161(F).

**RESPECTFULLY SUBMITTED,**

______________________________

**COUNSEL FOR DEFENDANT**

Steven D. DiLibero, Esq.
DiLibero & Coloian
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused to be mailed a copy of the foregoing via regular, U.S. Mail, postage prepaid to: U.S. Attorney's Office, 10 Dorrance Street, Providence RI 02903 this 14th day of June, 2006.

______________________________