**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| **vs.** } | **C.R. NO.: 06-61S** |
| **KENT AWER** } | |

## MOTION FOR WITHDRAWAL OF COUNSEL

**COMES NOW**, Petitioner, Counsel of Record in the above-captioned matter and moves this Honorable Court for an Order removing him as Counsel for the Defendant, Kent Awer, due to an ethical conflict.

RESPECTFULLY SUBMITTED,

**COUNSEL FOR DEFENDANT**

Steven D. DiLibero, Esquire
DiLibero & Coloian LLP
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (Fax)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused to be mailed by first-class mail, postage prepaid, a copy of the foregoing motion to the Office of the United States Attorney, 10 Dorrance Street, Providence, RI 02903, on this 20 Day of June, 2006.