FILED
JUN 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA }
}
vs. }
}
KENT AWER }

C.R. NO.: 06-61S

RECEIVED
JUN 22 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

## MOTION FOR WITHDRAWAL OF COUNSEL

**COMES NOW**, Petitioner, Counsel of Record in the above-captioned matter and moves this Honorable Court for an Order removing him as Counsel for the Defendant, Kent Awer, due to an ethical conflict.

RESPECTFULLY SUBMITTED,

____________________
**COUNSEL FOR DEFENDANT**
Steven D. DiLibero, Esquire
DiLibero & Coloian LLP
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (Fax)

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☑ for determination
☐ ________________
William E. Smith, District Judge
Date: 6/22/06

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I caused to be mailed by first-class mail, postage prepaid, a copy of the foregoing motion to the Office of the United States Attorney, 10 Dorrance Street, Providence, RI 02903, on this 20 Day of June, 2006.

____________________

Withdrawn per letter from Defendant's counsel of June 26, 2006.

____________________
DAVID L. MARTIN
United States Magistrate Judge
June 27, 2006