**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 06-61S** |
| | : | |
| **KENT AWER** | : | |

**MOTION FOR WITHDRAWAL**

COMES NOW, Counsel for Defendant in the above-captioned matter and respectfully moves this Honorable Court for an Order removing him as counsel of record, due an ethical conflict.

RESPECTFULLY SUBMITTED,
Attorney for the Defendant

Steven D. DiLibero, Esquire
DiLibero and Coloian LLP
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (Fax)

CERTIFICATE OF SERVICE

I the undersigned, acknowledge that I caused to be mailed by first-class mail postage pre-paid a copy of the foregoing motion to: Sandra Beckner, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 6 day of July, 2006.