IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR-06-061S |
| | : | |
| KENT AWER | : | |

**GOVERNMENT'S OBJECTION TO MOTION FOR WITHDRAWAL**

Comes now, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and objects to defense counsel's motion to withdraw unless another attorney files a notice of appearance and advises the Court that he/she will be ready for trial on August 1, 2006. In support of this objection, the government states that this case was originally scheduled for trial in July, 2006, and was continued at the request of the defendant until the August calendar. The government views defendant's conflict with his attorney as simply a ruse to avoid trial and the motion should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 18th day of July, 2006, a copy of the within Government's Objection to Motion for Withdrawal was sent by facsimile transmission to:

Fax 331-9503
Steve DiLibero, Esquire
130 Dorrance Street
Providence, RI 02903