UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : C.R. NO.: 06-61S
:
KENT AWER :

## MOTION FOR WITHDRAWAL

COMES NOW, Counsel for Defendant in the above-captioned matter and respectfully moves this Honorable Court for an Order removing him as counsel of record, due an ethical conflict.

RECEIVED
JUN 11 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

RESPECTFULLY SUBMITTED,
Attorney for the Defendant

[signature]

Steven D. DiLibero, Esquire
DiLibero and Coloian LLP
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (Fax)

CERTIFICATE OF SERVICE

I the undersigned, acknowledge that I caused to be mailed by first-class mail postage pre-paid a copy of the foregoing motion to: Sandra Beckner, Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 6 day of July, 2006.

[signature]

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☑ for determination
☐ ______
William E. Smith, District Judge
Date: 7/11/06

at hearing held 7/19/06

GRANTED.

[signature: David L. Martin]
DAVID L. MARTIN
United States Magistrate Judge
July 19, 2006