UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 06-61S

KENT AWER

**ORDER**

Since Defendant is presently unrepresented by counsel and has until August 14, 2006 to obtain new counsel, this matter is continued until the September 2006 trial calendar. Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from July 19, 2006 through September 6, 2006, constitutes excludable time as defined by 18 U.S.C. §3161(F). Such period is deemed excludable, for the reasons stated above, and because the interest of justice in allowing the defendant to fully understand his constitutional rights regarding the criminal charges pending against him outweigh the interest of the public and the defendant in a speedy trial.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 7/24/06