UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 06-CR-61S |
| KENT AWER | : | |

## ENTRY OF APPEARANCE

I, Edward C. Roy, Jr., Assistant Federal Public Defender, hereby enter my appearance on behalf of the defendant, Kent Awer.

Respectfully submitted,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that on this 14th day of August, 2006, I filed and served by electronic notification, the within entry to the following:

Sandra Beckner, AUSA
Office of the United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Edward C. Roy
Assistant Federal Defender