**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-61S** |
| | ) | |
| **KENT AWER** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Kent Awer, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on September 6, 2006 for an additional sixty (60) days.

The trial of this matter is currently scheduled for jury empanelment on September 6, 2006, and trial thereafter. In support of this request, counsel states that he was appointed to handle this matter as recently as August 14, 2006 and will need the additional time to allow for a more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Kent Awer
By his attorney,

/s/ Edward C. Roy, Jr.
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on August 14, 2006.

/s/ Edward C. Roy, Jr.