UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MOTION FOR EXCULPATORY EVIDENCE

NOW comes the defendant, Kent Awer, and moves that this Honorable Court to direct the United States to provide the defendant with the following information, pursuant to Brady v. Maryland, 373 U.S. 83 (1963) .

1. Information on whether the Drug Enforcement Administration had provided information to the East Providence Police concerning Kent Awer prior to the defendant's vehicle being stopped by East Providence Police on May 2, 2006.

2. Whether, prior to the motor vehicle stop by East Providence Police on May 2, 2006, the Drug Enforcement Administration had requested that Kent Awer, or any vehicle operated by Mr. Awer, be detained or stopped.

3. If any of the communications requested in numbers one and two, above, do exist, the substance of all communications.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Sandra R. Beckner, AUSA by way of ECF filing on October 1, 2006.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-61 S |
| KENT AWER | : | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR EXCULPATORY EVIDENCE

_____The defendant, Kent Awer, has moved that this Honorable Court direct the United States to provide the defendant with the following information, pursuant to Brady v. Maryland, 373 U.S. 83 (1963) .

1. Information on whether the Drug Enforcement Administration had provided information to the East Providence Police concerning Kent Awer prior to the defendant's vehicle being stopped by East Providence Police on May 2, 2006.

2. Whether, prior to the motor vehicle stop by East Providence Police on May 2, 2006, the Drug Enforcement Administration had requested that Kent Awer, or any vehicle operated by Mr. Awer, be detained.

3. If any of the communications requested in numbers one and two, above, do exist, the substance of all communications.

The requested documents are central to the defendant's ability to litigate the search that resulted in the seizure of the drugs listed in the indictment. The defendant bases his request on the fact that the drugs in this case were analyzed by the DEA laboratory and in the transmittal report, Mr. Awer was listed as the "target" of the investigation. The laboratory report transmittal is attached hereto and incorporated by reference herein as Exhibit A.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Sandra R. Beckner, AUSA by way of ECF filing on October 1, 2006.

/s/ Edward C. Roy, Esquire