U.S. Department of Justice
Drug Enforcement Administration

Read instructions on Reverse before completing

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

1. HOW OBTAINED (Check): [ ] Purchase [x] Seizure [ ] Free Sample [ ] Lab. Seizure [ ] Money Flashed [ ] Compliance Sample (Non-Criminal) [ ] Internal Body Carry [ ] Other *(Specify)*

2a. FILE NO.: CH-06-0034

2b. PROGRAM CODE:

3. G-DEP ID: WGC3L

4a. WHERE OBTAINED (City, State/Country): East Providence RI

4b. DATE OBTAINED: 05/02/2006

5. FILE TITLE: AWER, Kent

6a. REFERRING AGENCY (Name): East Providence

6b. REFERRAL: [x] Case No. OR [ ] Seizure No. No. 06-952-AR

7. DATE PREPARED: 05/03/2006

8. GROUP NO.:

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized (Approx. Gross Quantity) | 14. Submitted (Approx. Gross Quantity) | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | | crack cocaine | 112 clear bags | 533.8grgms | 533.8grgms | 25,000.00 |
| 2 | | crack cocaine | 1 clear bag | 27.72grgms | 27.72grgms | 100.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ? [x] NO (included above) [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:

On May 2, 2006 Exhibit #1 was seized pusuant to a motor vehicle stop by Ptlm. Andrew Dubois. Exhibit #2 was seized from the person of target Kent AWER pursuant to the motor vehicle stop by Ptlm. Floyd Gardner. Exhibit #1 and #2 were turned over to TFO Karl Jacobson, TFA Jacobson sealed the exhibit in evidence envelopes, witnessed by S/A Daniel Forde. The exhibit was secured in the overnight vault until 05/03/06 when it was sent to the NERL via mail RR#723652225US.

17. SUBMITTED BY SPECIAL AGENT (Signature): TFO Karl Jacobson [signature]

18. APPROVED BY (Signature & Title): G/S Daniel MacIsaac [signature]

## LABORATORY EVIDENCE RECEIPT REPORT

19. NO. PACKAGES: 2

20. RECEIVED FROM (Signature & Date): RR723652239

21. Print or Type NAME and TITLE:

22. SEAL: [ ] Broken [x] Unbroken

23. RECEIVED BY (Signature & Date): [signature] 5/8/06

24. Print or Type NAME and TITLE: Irene Milo ET

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

**SEE LABORATORY REPORT**

RECEIVED DEA PROVIDENCE RO 06 JUN 22 PM 12:24

(1) 0099571 (2) 0099572

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength (Concentration) | 30. Measure (Concentration) | 31. Unit (Concentration) | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

34. ANALYST (Signature):

35. TITLE:

36. DATE COMPLETED:

37. APPROVED BY (Signature & Date): THOMAS M. BLACKWELL [signature] 6/8/06

38. TITLE: LABORATORY DIRECTOR

39. LAB. LOCATION: NEW YORK