IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-061S |
| | ) | |
| KENT AWER | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR EXCULPATORY EVIDENCE

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, responds to defendant's motion as follows:

The Drug Enforcement Administration (DEA) did not provide information to the East Providence Police (EPP) concerning the defendant, KENT AWER, prior to the defendant's vehicle being stopped by EPP on May 2, 2006. Furthermore, the DEA did not request that EPP detain or stop the defendant's vehicle on May 2, 2006.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov

CERTIFICATION

On this 2nd day of October, 2006, I caused the Government's Response to Defendant's Motion For Exculpatory Evidence to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email sandra.beckner@usdoj.gov