UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MOTION FOR EXCULPATORY EVIDENCE

NOW comes the defendant, Kent Awer, and moves that this Honorable Court to direct the United States to provide the defendant with the following information, pursuant to Brady v. Maryland, 373 U.S. 83 (1963) .

1. Information on whether the Drug Enforcement Administration had provided information to the East Providence Police concerning Kent Awer prior to the defendant's vehicle being stopped by East Providence Police on May 2, 2006.

2. Whether, prior to the motor vehicle stop by East Providence Police on May 2, 2006, the Drug Enforcement Administration had requested that Kent Awer, or any vehicle operated by Mr. Awer, be detained or stopped.

3. If any of the communications requested in numbers one and two, above, do exist, the substance of all communications.

Ruled moot ~~as~~ per Defendant's attorney
David L. Martin
USMJ 10-12-06