# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

KENT AWER

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:06-CR-61S

TO: Keeper of Records
East Providence Police Department
750 Waterman Avenue
East Providence, RI

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Judge William E. Smith<br>Courtroom 2 |
| | DATE AND TIME<br>October 31, 2006<br>9:30 a.m. |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

1) Current vehicle towing policy;
2) Current vehicle inventory search;
3) Training in the past four years on racial profiling in the context of motor vehicle stops;
4) Training on investigation, prosecution, clocking speed from police vehicles and evaluation of stopped motorists who exceed speed limits on local or state roads and highways;
5) Any entries from police vehicle laptop for Patrolman Dubois relating to Kent Awer, Dianikqua Johnson or Lashon Simmons on the night of the defendant's arrest.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>[signature] | 10-23-06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 10-24-06 | FEDERAL DEFENDER OFFICE |
| SERVED | 10-24-06 | EAST PROVIDENCE POLICE DEPARTMENT 750 WATERMAN AVE, EAST PROVIDENCE, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| CAPTAIN DENNIS CHARBONNEAU | ☐ YES ☒ NO AMOUNT $ ________ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DANIEL R FORTIER | INVESTIGATOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10-24-06
Date

Daniel R Fortier
Signature of Server

FDO - 10 WEYBOSSET ST. #300
PROVIDENCE, RI
Address of Server

ADDITIONAL INFORMATION

In-hand service.

FILED

2006 OCT 25 P 4: 21

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND