# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

KENT AWER

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:06-CR-61S

TO: Avis
1569 Airport Road
New Bedford, MA 02746

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM / DATE AND TIME |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | COURTROOM: Judge William E. Smith<br>Courtroom 2<br>DATE AND TIME: October 31, 2006<br>9:30 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All records pertaining to the leasing of RI Registration SA 557 in April or May of 2006 by Kent Awer.

Paulette J Duhe
Chief Deputy Clerk

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| J. Dorland | 10·25·06 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 10-25-06 | Federal Defender Office Providence, RI |
| SERVED | 10-26-06 | AVIS 1569 Airport Rd. New Bedford, MA |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Betty A. Scott Agency Operator | ☐ YES ☒ NO AMOUNT $ ______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Daniel R. Fortier | Investigator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10-26-06
Date

Daniel R Fortier
Signature of Server

FDO - 10 Weybosset St. #300
Address of Server
Providence, RI

ADDITIONAL INFORMATION

In-hand service.