**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**November 21, 2006 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| CR06-060-S-LDA | USA v. David Gallagher |
| CR06-061-S-DLM | USA v. Kent Awer |
| CR06-066-S-DLM | USA v. Richard Ribeiro |
| CR06-080-S-LDA | USA v. Kacey Jones |
| CR06-091-S-LDA | USA v. Jodie Walsh |
| CR06-106-01-S-LDA | USA v. Derrick Isom |
| CR06-106-02-S-LDA | USA v. Khalid Mason |
| CR06-108-S-DLM | USA v. Joseph Antone, Jr. |
| CR06-111-S-DLM | USA v. Manuel Ramon Vargas |

## CIVIL CASES

| | |
|---|---|
| CA05-073-S-DLM | Anthony Ferreira v. City of East Providence, et al |
| CA05-246-S-DLM | Inventor's Greenhouse v. Micro Pros Tech. Solutions |
| CA06-019-S-DLM | Elizabeth Armstron v. Bank of America |

## NON JURY CASES

| | |
|---|---|
| CA05-292-S-DLM | James Kiernan, et al v. Citizens Bank, et al |
| CA06-140-S-LDA | Omnipoint Holdings. V. Town of Johnston |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on December 5, 2006, to be tried in the order listed. The calendar will be called on **November 21,2006** at **9:00 a.m.** Juries will be empaneled on December 5, 2006, at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date:

**Please notify Clerk's Office if any counsel of record have not been notified.**