Anne Clayton

AO435
(Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*Read Instructions on Back.*

| | | |
|---|---|---|
| 1. NAME Edward C. Roy, AFPD | 2. PHONE NUMBER 401-528-4281 | 3. DATE 11-9-06 |
| 4. MAILING ADDRESS 10 Weybosset Street, Suite 300 | 5. CITY Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER 06-61-S / 9. JUDICIAL OFFICIAL Smith | DATES OF PROCEEDINGS: 10. FROM 10-31-06 | 11. TO 10-31-06 |
| 12. CASE NAME United States vs. Alver | LOCATION OF PROCEEDINGS: 13. CITY Providence | 14. STATE RI |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | Mot to Suppress |
| ☐ CLOSING ARGUMENT (Defendant) | | | 10-31-06 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE [signature]

PROCESSED BY

19. DATE 11-9-06

PHONE NUMBER

COURT ADDRESS

(Previous editions of this form may still be used)
☆ U.S. GPO: 1994-580-605

ORIGINAL - COURT COPY YELLOW - TRANSCRIPTION COPY GREEN - ORDER RECEIPT PINK - ORDER COPY