**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-61S** |
| | ) | |
| **KENT AWER** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Kent Awer, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's March 2007 calendar.

In support of this request, counsel states that he will need the additional time to allow for a more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Kent Awer
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
Edward_Roy@fd.org

## CERTIFICATION

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on January 23, 2007.

/s/ Edward C. Roy, Jr.