East Providence Police Department Page: 1

NARRATIVE FOR VICE OFFICER CHRISTOPHER D FRANCESCONI-0405

Ref: 06-952-AR

Entered: 05/03/2006 @ 1145 Entry ID: 0405
Modified: 05/03/2006 @ 1519 Modified ID: 0405

# OFFICER WITNESS STATEMENT

On Tuesday, 5/2/06, Inv. Ellinwood, Sgt. Mello and I interviewed, Kent W. Awer, DOB 3/14/75. first advised Awer of his Constitutional Rights. During the course of the interview Awer stated he purchased the narcotics he was arrested with in New York. He stated he purchased powder cocaine, and his supplier does not cook the cocaine. Awer stated the most cocaine he could purchase from his supplier is one or two kilograms. Awer stated his supplier will call him when he has the cocaine and tell Awer where to meet him in New York City.

Vice Officer Christopher D Francesconi-040505/03/2006