UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MOTION FOR DISCLOSURE OF EXCULPATORY EVIDENCE

NOW comes the defendant, and moves for disclosure of exculpatory evidence pursuant to Brady v. Maryland, 373 U.S. 83 (1963). The defendant seeks production of any statements known to the United States, Office of the United States Attorney, Drug Enforcement Administration, East Providence Police and any other related agency relating to any statements made by Dianikqua Johnson, now deceased, which relate to the arrest of herself and the defendant on May 2, 2006. To the extent that any of Ms. Johnson's statements point to her own guilt, the statements are exculpatory and producible under Brady.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to Sandra R. Beckner, AUSA by way of ECF case filing on January 31, 2007.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-61 S |
| KENT AWER | : | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR EXCULPATORY EVIDENCE

_____The defendant has moved for production of any exculpatory statements made by Dianikqua Johnson, now deceased, of which the government is aware, through the Office of the United States Attorney, Drug Enforcement Adminstration, or East Providence Police Department.

1. Background of Dianikqua Johnson

Ms. Johnson was the driver of the vehicle in which Mr. Awer was riding as a passenger on May 2, 2006. She was the driver of the vehicle in which over 500 grams of cocaine base was seized. Tragically, Ms. Johnson was murdered in the State of Pennsylvania on November 21 or 22, 2006. To the extent that Ms. Johnson made any inculpatory statements, those statements would possibly be exculpatory as to Mr. Awer. The defendant seeks statements made to the Drug Enforcement Adminstration either in Rhode Island or in New York or to the East

Providence Police Department.

2. Applicable Law

Pursuant to Brady v. Maryland, 373 U.S. 83 (1963), the information sought is exculpatory as to Mr. Awer's guilt or innocence and, very possibly, relevant toward his sentencing.

KENT AWER,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to Sandra R. Beckner, AUSA by way of ECF case filing on January 31, 2007.

/s/ Edward C. Roy, Esquire