IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-061S |
| | ) | |
| KENT AWER | ) | |

RESPONSE TO DEFENDANT'S MOTION FOR EXCULPATORY EVIDENCE

The United States of America responds to defendant's motion as follows: Ms. Dianikqua Johnson made no statements to law enforcement that exculpated the defendant. Ms. Johnson was not asked about the drugs seized. To the best of the detectives' recollection, when they tried to speak with her, she made statements, seemingly to herself, to the effect of "my life sucks," "I have three kids," "why don't you just kill me," and "just put me back in my cell." These are not direct quotes, but paraphrases based upon the detectives' recollection. There are no notes or statements pertaining to Ms. Johnson's statements.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

On February 5, 2007, I caused the within "Response to Defendant's Motion for Exculpatory Evidence" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj