**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-61S** |
| | ) | |
| **KENT AWER** | ) | |

---

## MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the accused, Kent Awer, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's April trial calender.

In support of this request, counsel states that the additional time will allow for a more complete and thorough review of the discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Richard Ribeiro
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 8th day of February, 2007, I served by electronic notification the within motion to Zechariah Chafee, AUSA.

/s/ Edward C. Roy