# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

KENT AWER

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR06-61S

TO: Carole Dwyer, Warden
Women's Division
Rhode Island Department of Corrections
Cranston, RI

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk's Office<br><br>DATE AND TIME<br>February 23, 2007<br>9:00 a.m. |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

The names of each and every Women's Division inmate who resided in the same dormatory area as Dianikqua Johnson from the dates of June 11 through June 25, 2006.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>Lorrell Pletcher | 2-9-07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 2-9-07 | FEDERAL DEFENDER OFFICE PROVIDENCE, RI |
| SERVED | 2-13-07 | RHODE ISLAND DEPARTMENT OF CORRECTIONS CRANSTON, RI |

SERVED ON (PRINT NAME) CAROLE DWYER, WARDEN WOMEN'S DIVISION

FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO AMOUNT $ ______

SERVED BY (PRINT NAME) DANIEL R. FORTIER

TITLE Investigator

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 2-13-07
Date

Daniel R Fortier
Signature of Server

FDO - 10 Weybosset St. #300
Address of Server
PROVIDENCE, RI

ADDITIONAL INFORMATION

In hand service.