# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

KENT AWER

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR No. 06-61S

TO: Hubert J. Pacquette, Chief
East Providence Police Department
750 Waterman Avenue
East Providence, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Federal Public Defender Office<br>10 Weybosset Street<br>Suite 300<br>Providence, RI 02903 | DATE AND TIME<br>March 12, 2007<br>12:00 p.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all regulations of the East Providence Police Department relating to the questioning of persons held by the police department, the providing of underlying Miranda rights and the general questioning of arrestees.

The form in effect as of May of 2006 for providing Miranda rights to persons arrested by the East Providence Police Department.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>[signature] | 3/8/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3-8-07 | FEDERAL DEFENDER OFFICE |
| SERVED | 3-9-07 | EAST PROVIDENCE POLICE DEPARTMENT 750 WATERMAN AVE. EAST PROVIDENCE, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| HUBERT PAQUETTE, CHIEF OF POLICE | ☐ YES ☒ NO AMOUNT $ ________ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DANIEL R. FORTIER | INVESTIGATOR |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-9-07
Date

Daniel R Fortier
Signature of Server

FDO - 10 WEYBOSSET ST. #300
PROVIDENCE, RI
Address of Server

ADDITIONAL INFORMATION

In hand service