AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Kent Awer

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-61S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Edward C. Roy Jr. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| March 14, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/14/2007 | | | W-1 Christopher D. Francesconi |
| | C | | | full | Police Department RIGHTS document |
| | E | | | full | Hand Written Letter |
| | B | | | full | Officer Witness Statement |
| | | 3/14/07 | | | W-2 Darren Ellinwood |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.