UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-61 S |
| KENT AWER | : | |

MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER DECISION DENYING MOTION TO SUPPRESS

_____NOW comes the defendant, Kent Awer, and moves that this Honorable Court for leave to file a motion to reconsider the Court's decision denying the defendant's motion to suppress his statement to the East Providence Police. The Court denied defendant's motion in a bench decision rendered after the hearing, which was held on March 14, 2007. In further support of this motion, the defendant refers to the attached Memorandum of Law in Support of Motion for Leave to Reconsider. Defense counsel would respectfully move for leave to file a motion to reconsider on or before April 10, 2007.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Sandra R. Beckner, AUSA by way of ECF filing on the 23rd day of March, 2007.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER
DECISION DENYING MOTION TO SUPPRESS

The defendant, Kent Awer, moves that this Honorable Court grant him leave to file a motion to reconsider the Court's decision denying the defendant's motion to suppress his statement to the East Providence Police. The Court denied defendant's motion in a bench decision rendered after the hearing, which was held on March 14, 2007.

After obtaining a transcript of the hearing, defense counsel believes that it would be beneficial for the Court to receive memoranda on the issue of a possible Sixth Amendment violation in connection with the statement allegedly made by the defendant. At the hearing, Detective Christopher Francesconi acknowledged that, at the time he questioned Mr. Awer, he was aware that Awer had a pending State of Rhode Island criminal case. Tr. March 14, 2007 at pp. 14-15.

A review of the "Banner" printout for Mr. Awer's case, a Newport County Information, N2-2006-0040A, reveals that, on March 7, 2006, an attorney entered an appearance for Mr. Awer. ( The "Banner" printout is attached as Exhibit A). ( A copy of the entry of attorney Steven DiLibero is attached hereto as Exhibit B for the purposes of this memorandum.) Clearly, as of May 2, 2006, the date that Detective Francesconi had interviewed Mr. Awer, Awer was represented by counsel. The scope of questioning by Detective Francesconi was broad enough to potentially involve the Newport County case, which charges Awer with manufacturing/delivery/possession of a schedule I/II substance.

At the hearing, the defense introduced as an exhibit a copy of Detective Francesconi's typed version of the interview. See Exhibit B, March 14, 2007 suppression hearing. The inquiry by Detective Francesconi seemed to encompass prior transactions as well as the arrest that is the subject of this indictment.

Defense counsel is seeking leave to expand and amplify on the argument that Mr. Awer's Sixth Amendment rights may have been violated by his being questioned without counsel being present. In addition, a review of the transcript of the suppression hearing has caused defense counsel to seek leave to expand upon arguments previously made concerning whether the government adequately proved that Mr. Awer had waived his Fifth Amendment rights.

Kent Awer seeks leave to file a motion to reconsider and memorandum on or before April 10, 2007.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Sandra R. Beckner, AUSA by way of ECF filing on the 23rd day of March, 2007.

/s/ Edward C. Roy, Esquire