*** NOT AN OFFICIAL DOCUMENT ***

**Case ID:** N2-2006-0040A
**Docket Search Start Date:**
**Docket Search Ending Date:**

## Case Description

**Case ID:** N2-2006-0040A - KENT AWER
**Court :** (SC) SUPERIOR COURT **Location :** (N) NEWPORT COUNTY
**Filing Date:** Wednesday, February 22nd, 2006
**Type:** F - FELONY
**Status:** *none*

## Arrest Information

**Arresting Agency :** TIVERTON POLICE DEPARTMENT

## Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| 1 | MAN/DEL/POSS W/INT SCH I/II | | |
| 2 | CONSPIRACY VIOL CNTRL SUBS ACT | | |
| 3 | POSS SCH I-V CONTROL | | |
| 4 | POSS MARIJUANA/SUB OFF | | |

## Case Event Schedule

| Event | Date | Location | Judge |
|---|---|---|---|
| ARRAIGNMENT | 07-MAR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| ARRAIGNMENT | 09-MAR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| MOT TO DISMISS UNDER | 21-MAR-2006 | NEWPORT | GALE, JUDGE |

| | | | |
|---|---|---|---|
| RULE 9.1 | | COUNTY | |
| PRE-TRIAL CONFERENCE | 12-APR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| MOT TO DISMISS UNDER RULE 9.1 | 12-APR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| PRE-TRIAL CONFERENCE | 25-APR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| MOT TO DISMISS UNDER RULE 9.1 | 25-APR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| PRE-TRIAL CONFERENCE | 26-APR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| MOT TO DISMISS UNDER RULE 9.1 | 26-APR-2006 | NEWPORT COUNTY | GALE, JUDGE |
| VIOLATION OF BAIL | 16-MAY-2006 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| HEARING-VIOLATION | 23-MAY-2006 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| PRE-TRIAL CONFERENCE | 25-MAY-2006 | NEWPORT COUNTY | GALE, JUDGE |
| MOT TO DISMISS UNDER RULE 9.1 | 25-MAY-2006 | NEWPORT COUNTY | GALE, JUDGE |
| VIOLATION OF BAIL | 31-MAY-2006 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| VIOLATION OF BAIL | 08-JUN-2006 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| MOTION TO DISMISS | 20-JUN-2006 | NEWPORT COUNTY | GALE, JUDGE |
| PRE-TRIAL CONFERENCE | 20-JUN-2006 | NEWPORT COUNTY | GALE, JUDGE |
| VIOLATION OF BAIL | 22-JUN-2006 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| VIOLATION OF BAIL | 29-JUN-2006 | PROVIDENCE COUNTY | VOGEL, JUDGE |
| PRE-TRIAL CONFERENCE | 05-JUL-2006 | NEWPORT COUNTY | GALE, JUDGE |
| MOTION TO DISMISS | 05-JUL-2006 | NEWPORT COUNTY | GALE, JUDGE |
| VIOLATION OF BAIL | 10-JUL-2006 | PROVIDENCE | LANPHEAR, JUDGE |

| | | | |
|---|---|---|---|
| | | COUNTY | |
| DETERMINATION OF ATTORNEY | 17-JUL-2006 | PROVIDENCE COUNTY | VOGEL, JUDGE |
| MOTION TO DISMISS | 18-JUL-2006 | NEWPORT COUNTY | GALE, JUDGE |
| PRE-TRIAL CONFERENCE | 18-JUL-2006 | NEWPORT COUNTY | GALE, JUDGE |
| VIOLATION OF BAIL | 24-JUL-2006 | PROVIDENCE COUNTY | LANPHEAR, JUDGE |
| DETERMINATION OF ATTORNEY | 25-JUL-2006 | NEWPORT COUNTY | GALE, JUDGE |
| DETERMINATION OF ATTORNEY | 31-JUL-2006 | NEWPORT COUNTY | GALE, JUDGE |
| PRE-TRIAL CONFERENCE | 03-AUG-2006 | NEWPORT COUNTY | GALE, JUDGE |
| DETERMINATION OF ATTORNEY | 06-SEP-2006 | NEWPORT COUNTY | GALE, JUDGE |
| PRE-TRIAL CONFERENCE | 06-SEP-2006 | NEWPORT COUNTY | GALE, JUDGE |

**Case Parties**

| Type | ID | Name | Aliases |
|---|---|---|---|
| DEFENDANT | 10130186 | **AWER, KENT** | *none* |
| STATE OF RHODE ISLAND | | **STATE OF RHODE ISLAND** | *none* |

**Attorneys**

| Type | Name |
|---|---|
| PRIVATE ATTORNEY | DIMAIO, PAUL J |

**Docket Entries**

| Description | |
|---|---|
| 30-JUL-2005 | FELONY INITIAL APPEARANCE |
| 30-JUL-2005 | REFERRED TO FELONY SCREENING |
| | |

| | |
|---|---|
| 30-JUL-2005 | COMPLAINT FILED |
| 30-JUL-2005 | DEFT ARRGN & PLEADS NOT GUILTY |
| 30-JUL-2005 | PERSONAL RECOGNIZANCE SET |
| 03-AUG-2005 | DEFENDANT HELD WITHOUT BAIL |
| 09-AUG-2005 | SURETY BAIL SET |
| 09-AUG-2005 | NOTICE OF PROPERTY LIEN |
| 24-FEB-2006 | INFORMATION FILED |
| 06-MAR-2006 | DATE VACATED BY JUDGE |
| 07-MAR-2006 | SURETY BAIL SET |
| 07-MAR-2006 | RECOGNIZANCE FILED |
| 07-MAR-2006 | ENTRY OF APPEARANCE |
| 07-MAR-2006 | DEFT ARRGN & PLEADS NOT GUILTY |
| 09-MAR-2006 | MOTION TO DISMISS |
| 21-MAR-2006 | SURETY BAIL SET |
| 21-MAR-2006 | AFFIDAVIT OF BAIL FILED |
| 21-MAR-2006 | OTHER EVENT SCHEDULED |
| 12-APR-2006 | DEFENSE ATTY REQUEST |
| 12-APR-2006 | DEFENSE ATTY REQUEST |
| 21-APR-2006 | DATE DELETED |
| 21-APR-2006 | DATE DELETED |
| 25-APR-2006 | DEFENSE ATTY REQUEST |
| 25-APR-2006 | DEFENSE ATTY REQUEST |
| 26-APR-2006 | MOTION FOR DISCLOSURE |
| 26-APR-2006 | MOTION FOR SPEEDY TRIAL |
| 26-APR-2006 | MOTION EXCULPATORY EVIDENCE |
| 26-APR-2006 | MOTION TO SUPPRESS |
| 26-APR-2006 | MOTION TO SUPPRESS |
| 26-APR-2006 | MOTION TO SUPPRESS |
| 26-APR-2006 | MOTION TO SEVER |
| 26-APR-2006 | MOT TO FURN EVID FAVOR ACCUSED |
| 26-APR-2006 | MOTION DISCOVERY/INSPECTION |

- Not an Official Document
Page 5 of 5

| | |
|---|---|
| 26-APR-2006 | MOT STATEMENTS PROSC WITNESS |
| 02-MAY-2006 | PRESENTED AS A VIOLATOR |
| 02-MAY-2006 | VIOLATION REPORT |
| 02-MAY-2006 | DEFENDANT HELD WITHOUT BAIL |
| 02-MAY-2006 | REMANDED TO THE ACI |
| 16-MAY-2006 | CO-DEFENDANT CONTINUED |
| 23-MAY-2006 | DATE DELETED |
| 25-MAY-2006 | DEFENSE ATTY REQUEST |
| 25-MAY-2006 | DEFENSE ATTY REQUEST |
| 31-MAY-2006 | CONTINUED FOR FURTHER HEARING |
| 08-JUN-2006 | PENDING FURTHER INVESTIGATION |
| 20-JUN-2006 | DEFENSE ATTY REQUEST |
| 20-JUN-2006 | DEFENSE ATTY REQUEST |
| 22-JUN-2006 | DEFENSE ATTY COURT EXCUSED |
| 29-JUN-2006 | DEFENSE ATTY ON TRIAL OTH CT |
| 03-JUL-2006 | MOTION TO WITHDRAW |
| 06-JUL-2006 | DEFENSE ATTY UNAVAILABLE |
| 06-JUL-2006 | DEFENSE ATTY UNAVAILABLE |
| 10-JUL-2006 | PENDING FURTHER INVESTIGATION |
| 10-JUL-2006 | MOTION TO WITHDRAW EVENT |
| 10-JUL-2006 | GRANTED |
| 17-JUL-2006 | PENDING FURTHER INVESTIGATION |
| 20-JUL-2006 | OTHER DOCUMENT |
| 24-JUL-2006 | VIOLATION REPORT WITHDRAWN |
| 25-JUL-2006 | COURT TO APPNT PRIVATE COUNSEL |
| 26-JUL-2006 | DATE VACATED BY JUDGE |
| 03-AUG-2006 | DEFENDANT NOT ON HABEAS |
| 06-SEP-2006 | DEFT DOES NOT APPEAR |
| 06-SEP-2006 | DEFT DOES NOT APPEAR |
| 06-SEP-2006 | WARRANT ISSUED |
| 18-OCT-2006 | ENTRY OF APPEARANCE |