# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

☐ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

☐ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

STATE OF RHODE ISLAND

VS

Henry Ayer

INDICTMENT

File # ____________________

COMPLAINT

File # ____________________

## ENTRY OF APPEARANCE

I HEREBY ENTER MY APPEARANCE FOR THE DEFENDANT ____________________

____________________ B.C.I.# ____________________

[signature] 4672
Attorney for Defendant (Print) R.I. Attorney ID #

[signature]
Attorney for Defendant (Signature)

130 [handwritten]
Address

3/7/06 [handwritten phone number]
Date Telephone Number

DISTRIBUTION
WHITE COPY/CLERK YELLOW COPY/ATTORNEY GENERAL PINK COPY/ATTORNEY

S-186 (02/01)