IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-061S |
| | ) | |
| KENT AWER | ) | |

GOVERNMENT'S NOTICE PURSUANT TO FED.R.EVID. 404(b)

Based upon discovery provided by defense, the government anticipates that the defendant may claim a lack of knowledge of the narcotics seized from his rental vehicle. Likewise, by entering a plea of not guilty, the defendant raised the issue of his motive and intent to distribute the narcotics. Accordingly, the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Kent Awer:

1. On February 17, 1999, the defendant, Kent Awer, was convicted of Criminal Sale of a Controlled Substance in the Third Degree, in violation of Section 220.39 of the New York Penal Law, in Broome County New York, Case No. 99-0117;

2. On December 8, 1995, the defendant, Kent Awer, was convicted of Criminal Possession of a Controlled Substance in the Third Degree, in violation of Section 220.16 of the New York Penal Law, in Broome County, New York, Case No. 95-697;

3. On April 3, 1995, the defendant, Kent Awer, was convicted of Criminal Possession of a Controlled Substance in the Fourth Degree, in violation of Section 220.09 of the New York Penal Law, in Broome County, New York, Case No. 94-612;

4. On July 29, 2005, in Tiverton, Rhode Island, the defendant, Kent Awer, possessed crack cocaine with the intent to deliver it and conspired to possess crack cocaine with the intent to deliver. At this time, law enforcement personnel seized approximately 0.5 grams of crack cocaine and $1,086 from the defendant's person, approximately 2 ounces of crack cocaine from another individual in the defendant's vehicle, and $11,690 from the defendant's vehicle. The defendant admitted that the vehicle and the $11,690 were his.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2007, a copy of the within "Government's Notice Pursuant to Fed.R.Evid. 404(b)" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Assistant Federal Public Defendant
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj