**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 06-061S** |
| | : | |
| **KENT AWER** | : | |

**MOTION TO EXTEND TIME**

On March 14, 2007, the court ordered the government's response to Defendant's Motion in Limine to Determine Admissibility of Statements of Decedent Under F.R.E. 804(b)(3) due ten days from receipt of discovery. The government received discovery on the same day as the order and therefore, its response would be due today. The undersigned Assistant United States Attorney was on vacation when discovery was received and respectfully requests a two-day extension to respond. Defense counsel has no objection to this request.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

CERTIFICATION

On March 26, 2007, I caused the within "Motion to Extend Time" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj