EXHIBIT 1

To the honorable Courts

I Deanikqua Johnson would like to speak on my Behalf. I Deanikqua Johnson want to notify Providence Superior Court I take sole Responsibility of this charge I am being charge with (manufacturing/Possessing/delivery of Cocaine.) Mr Simmons and Mr Auer thats Being charge with me had no knowledge of my Criminal activity. I also would like to thank the courts for taking time out to listen to this matter

Truthfully
Yours
Deanikqua Johnson

Signed Before me
this 25th DAY of June 2006
[signature]
my term EXP. 5/12/08