EXHIBIT 2

Statement

I Diantqua Johnson, would like to make a statement on my behalf. The Charges I am being Charge with Mr. Awer and Mr. Summons I take full Responsibility of those Charges. I acted alone. They didn't have no knowlegde of my Criminal activity.

On May 01 2006 I called Mr Awer to make sure he could give me a ride to Mass. He stated that he will give me a Ride. And would I be able to drive because he's real tired. I told him yes this was around 8 pm. 15 minutes later he call to let me know he was downstairs in the parking lot of my grandmother projects (Tompkins).

When I Reached the car Awer was already Relaxing in the passenger seat. I put my bags down by the trunk and I walk over to the driver side to open the door so I can pop the trunck on the car key chain. While I was at the trunk of the car. I took the packages of drugs were being charge with out my hand Bags

then put them in Awers Black Ascot Bag. w Bcause I felt his Bag had more spots to hide the dkugs in and it did. I then got in the car and mr. Awer told me where to go to pick his friend Mr Simmons up before leaving for mass.