EXHIBIT 4

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE Sc. SUPERIOR COURT

STATE OF RHODE ISLAND )
)
VS. )NO: N2-06-0040A
)
KENT AWER )

HEARD BEFORE THE HONORABLE MS. JUSTICE NETTI C. VOGEL

JULY 17, 2006

APPEARANCES:

BETHANY MACKTAZ
FOR THE STATE

JAMIE K. HALPIN
CERTIFIED SHORTHAND REPORTER

# CERTIFICATION

I, Jamie K. Halpin, CSR, hereby certify that the succeeding pages, 1 through 14 inclusive, are a true and accurate transcript of my stenographic notes.

JAMIE K. HALPIN, CSR
Court Reporter

actually a 5(a) with respect to a matter pending -- one moment I want the 62 number.

MS. MACKTAZ: 62-06-08220.

THE COURT: Yes, Complaint 62-06-08220 I hereby give the defendant $5,000 personal recognizance and that's it.

MS. MACKTAZ: Thank you, Judge.

THE COURT: Tomorrow we'll take care of the other defendant.

MS. MACKTAZ: Thank you.

THE COURT: The personal recognizance form has to be filled out however. In other words, he has to consent to personal recognizance, doesn't he? MS. Clerk, is there a place for the defendant's signature?

THE DEFENDANT: I was told by my family by the lawyer and his partner at trial to get my co-defendant to go into and I paid that lawyer, his partner, and it happened in front -- they said it happened in front of you.

THE COURT: No, it actually did not but that's neither here nor there. I don't know what you're referring to.

THE DEFENDANT: I am referring to right now I don't know what's going on and it's being bias toward me. I don't have an attorney right now. I asked for a

continuance. I don't know what's going on.

THE COURT: You can certainly have a continuance.

THE DEFENDANT: My family told me that the lawyer I had, Steve DiLibero and his partner, tried to convert my co-defendant.

THE COURT: Not in front of me.

THE DEFENDANT: Yes, in front on June 8th.

THE COURT: June 8th was the day you were in front of me and both of you stood next to one another.

THE DEFENDANT: When they took me out of here, they said that's when it happened.

THE COURT: Let me say, sir, I don't do anything off the record. Your co-defendant was present in this courtroom. Order the transcript. It wasn't anything that was done in front of your family in this courtroom in the presence of your co-defendant. It is on the record so the record will speak for itself and so I'm not going to even comment because my memory of June 8th wouldn't be that sharp. Order the transcript, find out what's there and it's that simple. I don't have any recollection of such a thing.

As I recall, both of you turned down offers to dispose of these two issues. I don't recall off the top of my head the offer but it's on the record. Both of you