EXHIBIT 5

**STATE OF RHODE ISLAND**
**NEWPORT COUNTY**

**SUPERIOR COURT**

**STATE OF RHODE ISLAND**

**VS.**

**CA NO.:** N2-2006-0040B

**DIANIKQUA JOHNSON**

## MOTION TO WITHDRAW

NOW COMES the Attorney for the Defendant in the above-captioned matter and respectfully requests this Honorable Court grant his motion to withdraw as counsel of record in the above-entitled cause.

NEWPORT SUPERIOR COURT
FILED
JANE M. ANTHONY, CLERK
06 JUL -3 AM 11:55

**Respectfully Submitted**,
Attorney for Defendant

Artin H. Coloian (#5902)
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (Fax)

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT the within Motion to Withdraw is scheduled to be heard before a Justice of this Honorable Court on the_______day of June 2006.

## CERTIFICATION

I hereby certify that on this 29 day of June 2006, I caused to mail by first class mail, postage prepaid, a copy of the within Motion to the following: Department of the Attorney General, 150 South Main Street, Providence, RI 02903.