EXHIBIT 6

RECEIVED
NOV 02 2006
Department of Attorney General
Executive Office

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**NEWPORT, SC.** **SUPERIOR COURT**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| | : | |
| **V.** | : | **N2-2006-0040B** |
| | : | |
| **DIANKQUA JOHNSON** | : | |

## ORDER TO SHOW CAUSE

On February 28, 2006, the State of Rhode Island filed a criminal information against Defendant Diankqua Johnson and three others. On or about March 7, 2006, an entry of appearance form was filed with this Court, indicating that Attorney Michael T. Doyle, Bar #7194, had been retained to represent Johnson. Because of certain events since that time, this Court has scheduled a hearing for November 3, 2006 to afford Attorney Doyle an opportunity to show cause why he should not be referred to the Supreme Court's Disciplinary Counsel for his actions/failures to act in this case.

The case file reflects the following:

1. On March 9, 2006, the date of defendant's arraignment, a Motion to Dismiss was filed on her behalf. The motion purports to reflect a signature of Attorney Doyle.

2. A notice for an April 12, 2006 hearing on the Motion to Dismiss was mailed to Attorney Doyle. Attorney Doyle failed to appear on April 12, 2006.

3. On April 26, 2006, ten (10) pre-trial motions were filed on behalf of Defendant Johnson. All motions bear a signature which purports to be that of Attorney Doyle.

06 NOV -1 AM 10:54
FILED
JANE H. ... CLERK
SUPERIOR COURT

4. On May 1, 2006, a Motion to Return Seized Property (United States currency) was filed on behalf of Defendant Johnson. This motion, too, bears a signature which purports to be the signature of Attorney Doyle.

5. On June 20, 2006, Defendant Johnson's Motion to Dismiss came before this Court for hearing. Attorney Doyle failed to appear.

6. On June 27, 2006, this Court wrote a letter to Attorney Doyle concerning the pending Motion to Dismiss and his failure to appear before the Court on June 20, 2006, to argue said motion.

7. On July 3, 2006, Attorney Artin Coloian appeared before the Providence Superior Court and formally moved and was granted permission to withdraw as counsel for Defendant Johnson. Attorney Coloian has never entered his appearance on behalf of Defendant Johnson. Rather, Attorney Coloian and his law partner, Steven D. Dilibero, Esq., represent co-defendants in this instant case.

8. On July 7, 2006, Defendant's Motion to Dismiss was again before the Court for hearing. Attorney Doyle failed to appear despite being noticed by mail on July 10, 2006

9. On or about July 18, 2006, Attorney Michael Doyle appeared before the Court at a hearing concerning this case. Defendant Johnson also appeared at the hearing and told the Court that she had never seen "this man" (Attorney Doyle) before, and that he was not her attorney.

**WHEREFORE:**

This Court has concern that a fraud has been committed on the Court; that despite numerous court filings to the contrary, Attorney Michael Doyle may never have represented Defendant Johnson; that Attorney Michael Doyle has not been diligent in his representation of Defendant Johnson; that there has been a fraudulent attempt to obtain monies seized by police authorities incident to her arrest, and that there is a conspiracy to engage in undisclosed conflicts of interest.

The hearing scheduled to commence at or shortly after 9:30 am, on November 3, 2006, is intended to address the aforementioned concerns.

**ENTER:**

**Edwin J. Gale**
**Associate Justice**

**BY ORDER:**

**Clerk**

**Date**____________________