EXHIBIT 7

# AFFIDAVIT

My name is Matthew F. Stauff and I am a licensed attorney in both Rhode Island and Massachusetts. I was an associate attorney at the Law Offices of DiLibero & Coloian (hereinafter referred to as "D&C") from April of 2006 to July of 2006. Michael Doyle, Esq., requested this affidavit of facts from myself recounting my memories of a D&C client named Danikqua J. (Initial used for privacy.)

Part of my regular duties were to stand-in for Mr. Steven Dilibero and Mr. Artin Coloian, as-needed, before various courts. On occasion, I would also be sent to the ACI to courier messages between Mr. DiLibero or Mr. Coloian and a client incarcerated in the prison. A few weeks after joining D&C, Mr. Steven DiLibero asked me to visit Danikqua J. at the women's section of the ACI. Mr. DiLibero sent me to ask her about her current address. I was under the impression that she was Mr. DiLibero's client and was not informed otherwise. At that time, I knew nothing else regarding Danikqua J.'s case.

Danikqua J. was not located in the regular section of the woman's prison but in the psychiatric section (I do not recall the exact name of the department) at that time because of overcrowding. I spoke with her in an office the guards provided for me. I informed her that I was an associate with Mr. DiLibero. She thought that I was Mr. Doyle but I told her that I was not Mr. Doyle and that he was another associate attorney in D&C. I explained to her that Mr. Doyle and I were associates in D&C and assisted Mr. DiLibero in meeting with his clients. I have not seen Danikqua J. since that time.

Some time after that visit (I believe it may have been fairly contemporaneous but I cannot recall an exact date), Mr. DiLibero asked me to draft Motions for the Return of Seized Property for Danikqua J.'s case and two other criminal clients. In the signature section, he had me put his name on one, Mr. Coloian's on another and Mr. Doyle's name on the motion for Danikqua J. Below the name I put the standard name of the office and its contact info. When I gave the copies to Mr. DiLibero to proof he initially requested I remove D&C and its contact info from each motion. However, he almost immediately told me not to bother with that edit and it was fine. He then took the unsigned motions from me and I have no further memories of them. I later found out that the motions were for co-defendants.

I have written the foregoing document and have recounted my involvement regarding Danikqua J. to the best of my ability and memory.

State of North Carolina,

County of Wake

Matthew F. Stauff, Esq.

Subscribed and sworn to before me this 3rd day of November, 2006.

Notary Public

Notarizing signature only.
Commission Expires: [illegible] 20, 2007.

WINTER GOINS NOTARY PUBLIC JOHNSTON COUNTY, N.C.

11-3-06 Court Exhibit 1