IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 06-061S
)
KENT AWER )

GOVERNMENT'S SUPPLEMENTAL NOTICE PURSUANT TO FED.R.EVID. 404(b)

Comes now the United States of America and hereby provides to defendant Supplemental Notice Of Rule 404(b) Evidence as follows. The government does not believe these statements constitute Rule 404(b) material in that they are part and parcel of the offense charged in the indictment. However, this notice is provided out of an abundance of caution. The government does intend to use these statements in its case-in-chief against defendant.

On May 2, 2006, after being advised of his Miranda rights, defendant stated that he purchased the narcotics he was arrested with in New York; he stated that he purchased powder cocaine and his supplier does not cook the cocaine; he stated the most cocaine he could purchase from his supplier is one or two kilograms; he stated that his supplier would call him when he has

the cocaine and would tell defendant where to meet him in New York City.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On April 6, 2007, I caused the within "Government's Supplemental Notice Pursuant to Fed.R.Evid. 404(b)" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov