STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

STATE OF RHODE ISLAND NEWPORT, SC.

CRIMINAL INFORMATION NO:

vs.

KENT AWER
alias John Doe — N2/2006-0040A
DIANIKQUA JOHNSON
alias Jane Doe — N2/2006-0040B
PAUL LEDOUX
alias John Doe — N2/2006-0040C
THEODORE WOODS
Alias John Doe — N2/2006-0040D

SUPERIOR COURT
FILED
CHARLES H. [illegible] CLERK
06 FEB 24 PM 2:44

## CRIMINAL INFORMATION

The Attorney General of the State of Rhode Island charges:

COUNT 1

That KENT AWER, alias John Doe, of the Commonwealth of Massachusetts, DIANIKQUA JOHNSON, alias Jane Doe, of the State of New York, PAUL LEDOUX, alias John Doe, of the Commonwealth of Massachusetts, and THEODORE WOODS, alias John Doe, of the State of New York, on or about the 29th day of July, 2005, in Tiverton, in the County of Newport, did unlawfully possess with intent to deliver a controlled substance, to wit, the chemical equivalent of a preparation of coca leaves in a form known as Cocaine, as set forth in Schedule II of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(a)(4)(i) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

COUNT 2

That KENT AWER, alias John Doe, of the Commonwealth of Massachusetts, DIANIKQUA JOHNSON, alias Jane Doe, of the State of New York, PAUL LEDOUX, alias John Doe, of the Commonwealth of Massachusetts, and THEODORE WOODS,

alias John Doe, of the State of New York, on or about the 29th day of July, 2005, in Tiverton, in the County of Newport, did agree, combine, confederate, contrive and conspire together, as co-conspirators, to do an unlawful act(s), to wit, to possess with intent to deliver a controlled substance, in violation of §21-28-4.08 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

COUNT 3

That KENT AWER, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of July, 2005, in Tiverton, in the County of Newport, did unlawfully, with knowledge and intent possess a controlled substance, to wit, the chemical equivalent of a preparation of coca leaves in a form known as Cocaine, as set forth in Schedule II of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(c)(2)(i) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

COUNT 4

That KENT AWER, alias John Doe, of the Commonwealth of Massachusetts, and DIANIKQUA JOHNSON, alias Jane Doe, of the State of New York, on or about the 29th day of July, 2005, in Tiverton, in the County of Newport, did unlawfully, with knowledge and intent possess a controlled substance, to wit, Marijuana, as set forth in Schedule I, of §21-28-2.08 of the General Laws, as amended, in violation of §21-28-4.01(c)(2)(ii) of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

COUNT 5

That PAUL LEDOUX, alias John Doe, of the Commonwealth of Massachusetts, on or about the 29th day of July, 2005, in Tiverton, in the County of Newport, did wear or carry concealed upon his person a knife having a blade of more than three (3) inches in

length measuring from the end of the handle where the blade is attached to the end of said blade, in violation of §11-47-42 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 2002).

Against the form of the statute in such case made and provided and against the peace and dignity of the State.

CHRISTIAN CAPIZZO
(Sp) Assistant Attorney General
Designated by the Attorney General