# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

☐ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

☐ PROVIDENCE/BRISTOL ☐ KENT ☐ WASHINGTON ☐ NEWPORT

STATE OF RHODE ISLAND

VS

Kent Ayer

INDICTMENT

File # ____________

COMPLAINT

File # ____________

## ENTRY OF APPEARANCE

I HEREBY ENTER MY APPEARANCE FOR THE DEFENDANT ____________

____________ B.C.I.# ____________

Steven D. Lee 4672
*Attorney for Defendant (Print)* *R.I. Attorney ID #*

[signature]
*Attorney for Defendant (Signature)*

130 Dorrance
*Address*

3/7/06 621 9700
*Date* *Telephone Number*

DISTRIBUTION
WHITE COPY/CLERK YELLOW COPY/ATTORNEY GENERAL PINK COPY/ATTORNEY

S-186 (02/01)