- Kurt Thurr 5/1/06

was at 125 Slobe St full right 2nd Floor, live w/ Frank Lisa Barrett family friend

- lived there 2yrs., does construction (handy man)
- rented car out of MA. on [illegible]
- went to see Kids in N.Y., has 2 kids. 10yo, 2yo
- Damqua in N.Y. already, brother's friend wanted ride back
- 7/05 Trenton Arrest, 2 guys + girl with
- Buys it (works) Tawi calls guy, guy tells him where he's ready, then Kurt drives there

- Diankqua Johnson

-