DEPARTMENT FORM

Ref: 05-324-AR

WITNESS STATEMENT

TIME: 2200 hrs

DATE: 07/29/2005

PLACE: TIVERTON POLICE DEPARTMENT

I, Steven P. Calenda, VOLUNTARILY, WITHOUT THREATS OR PROMISES, MAKE THE FOLLOWING STATEMENTS:

Q. WHAT IS YOUR NAME? A. Steven P. Calenda

Q. WHAT IS YOUR DATE OF BIRTH? A.

Q. WHAT IS YOUR PRESENT ADDRESS? A.

Q. WHAT IS YOUR OCCUPATION? A. Task Force Agent DEA/Bristol Police Detective

Q. WHAT IS YOUR TELEPHONE NUMBER? A.

Q. WHAT IS YOUR SOCIAL SECURITY NUMBER? A.

For the past several months, members of the Tiverton Police Department, Bristol Police Narcotics Unit, and Federal Drug Enforcement Agency, have been conducting an ongoing narcotics investigation in the area of Tiverton Rhode Island. During this investigation, numerous targets had been identified and one individual being Paul Ledoux.

On July 15, 2005 with the assistance of a registered DEA confidential source, contact was made with Kelly Devarie. Devarie indicated she would travel to the are of State Ave and PJ's cafe and deliver one ounce of CRACK. A surveillance team was in place to monitor the purchase and maintain positive control of TFO Calenda (acting in an undercover capacity) and the CS. At approximately 1346 hrs. Devarie arrived at the pre-determined location. Devarie was operating Rhode Island passenger plate OQ-378 a blue colored 1998 Ford explorer. The CS approached the vehicle and exchanged serialized official agency funds for the ounce of CRACK. While the transaction was occuring, I approached the vehicle and observed a white female (later identified as Kelly Devarie) operating the vehicle. The transaction was completed and the target vehicle left the area. I approached the CS and took custody of a clear plastic bag containing a yellowish colored substance (believed to be CRACK) The Cs and I left the area and met the surveillance team. The suspected contraband was field tested resulting in a positive reaction for COCAINE/CRACK base. Evidence was processed and secured.

On July 29, 2005 with the assistance of a registered DEA confidential source, contact was again made with Devarie. A request was made for 2 ounces of CRACK and a pre-determined delivery location was agreed to be Citizens Union Bank (located in Tiverton RI) A surveillance team was in place to monitor the transaction. The CS and I were in constant communication with Devarie facilitating the transaction. Devarie made several phone calls to Ledoux who

4

informed her, he was on his way to the meet. Devarie instructed the CS, the target vehicle was a white colored Ford Expedition. Intelligence had determined the targets could be in a white colored Ford Expedition with New York passenger plates. At approximately 5:20 PM., the target vehicle appeared in the parking lot. Surveillance vehicles moved in and conducted a felony car stop. All occupants of the vehicle were removed. Upon searching Woods, a large clear plastic bag containing a yellowish colored substance was removed from his person. Substance was field tested resulting in a positive reaction for CRACK/COCAINE base. Awer had a small clear plastic on his person containing a yellowish colored substance, field tested positive for CRACK/COCAINE base. Also discovered on Awer's person was a green leafy substance, field tested positive for MARIJUANA. All subjects were transported to Tiverton Police headquarters for further investigation.

________________________________

signature

statement taken by: ________________________________

4