UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

APPLICATION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

_____NOW comes the defendant, Kent Awer, and moves that this Honorable Court issue a writ of habeas corpus ad testificandum directing that the United States Marshal produce Lynn Simas, presently incarcerated at the Adult Correctional Institutions, Women's Division, Cranston, Rhode Island, for a hearing scheduled for April 18, 2006 at 9:30 a.m..

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra R. Beckner, AUSA on the 10th day of April, 2007 by way of ECF notification.

/s/ Edward C. Roy, Esquire