# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

KENT AWER

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR No. 06-61S

TO: Lt. Joseph Mullensky
ACI
Women's Division
Cranston, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>District of Rhode Island<br>Exchange Terrace<br>Providence, RI 02903 | The Honorable William E. Smith<br>3rd Floor<br>DATE AND TIME<br>April 18, 2007<br>9:00 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Photograph and booking information records from the Adult Correctional Institution for Dianikqua Johnson d/o/b 3/6/85.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK: Paulette J Dube<br>Chief Deputy Clerk | 4.11.07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Edward C. Roy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 4/11/07 | Federal Defender Office Providence, RI |
| SERVED | 4/13/07 | ACI Women's Division 40 Howard Ave. Cranston, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| C.O. Flecha (per Lt. Adams) | ☐ YES ☒ NO AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Daniel R. Fortier | Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 4/13/07
Date

Daniel R. Fortier
Signature of Server

FDO - 10 Weybosset St. #300
Address of Server
Providence, RI

ADDITIONAL INFORMATION