AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Kent Awer

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-61

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Stephanie Brown; Sandra Beckner | Edward C. Roy |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 18, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/18/07 | | | W-1 Nancy McCann |
| | D | | | Full | CV of Nancy McCann |
| | A | | ~~ID~~ | Full | Hand written letter dated June 25, 2006 |
| | B | | ~~ID~~ | Full | Hand written statement |
| | C | | ID | | Hand written letter dated 9/8/06 |
| | E | | ID | | Disciplinary Board Form dated 7/22/06 |
| 12 | | | ~~ID~~ | Full | Letter dated March 13, 2007 |
| | F | | | Full | Copy of exhibit B with annotations |
| | G | | | Full | Copy of exhibit A with annotations |
| | | | | | W-2 Joseph Mullensky |
| 15 | | | | Full | Transcript dated July 17, 2006 |
| 16 | | | | Full | Motion to Withdraw |
| 17 | | | | Full | Order to Show Cause |
| 18 | | | | Full | Affidavit dated Nov. 3, 2006 |
| 21 | | | ID | | Criminal History |

include a notation as to the location of any exhibit not held with the case file or not available because of size.