UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

DEFENDANT'S PRE-TRIAL MEMORANDUM

_____Pursuant to the Court's Pre-Trial Order, the defendant, Kent Awer, files this Pre-Trial Memorandum.

1. Applicable Law

The defendant is charged in a single count indictment with possession of with intent to distribute over 50 grams of cocaine base, in violation of 21 U.S.C. 841(a)(1) and (b)(1(A).

The elements of the offense charged in the indictment are:

a) possession of the controlled substance;

b) with the specific intent to distribute the substance that he possessed;

c) that he did so knowingly and intentionally.

21 U.S.C. § 841(a)(1)

2. Facts

As the Court has not yet ruled on the defendant's motion in limine concerning statements made by Dianikqua Johnson, the defendant is not in a position to set out the facts of his defense.

3. Legal Issues

At the present time, there are pending three substantial legal issues: First, the Court scheduled a hearing on April 18, 2007 on the defendant's motion in limine. The defendant is requesting an additional evidentiary hearing to complete the litigation of that issue. Second, the government has proffered 404(b) evidence to which the defendant has objected. Thirdly, the defendant will be filing a motion in limine as to certain portions of the expert testimony proffered by the government. In particular, the defendant objects to that portion of the proffered testimony that "drug dealers do not bring casual observers to a drug deal." The defendant objects to this statement because it clashes with the concept of "mere presence." See United States v. Garcia-Carrasquillo, 2007 U.S. App. LEXIS 7609 (1st Cir. April 3, 2007) (slip op. at 19).

3. Jury Instructions

Defense counsel will append to this memorandum a request for jury instructions on the defendant's statements, on 404(b) evidence and on mere presence. The defendant reserves the right to supplement this request for

instructions should the evidence adduced at trial require additional instructions or the filing of memoranda.

4. Length Of Trial

As stated by defense counsel at the April 17, 2007 trial calendar call, the anticipated length of trial is three to four days.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Sandra R. Beckner, AUSA by way of ECF filing on the 25th day of April, 2007.

/s/ Edward C. Roy, Esquire