UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-61 S |
| KENT AWER | : | |

DEFENDANT KENT AWER'S REQUESTED JURY INSTRUCTIONS

The defendant requests that this Honorable Court instruct the jury as follows:

1. Mere Presence

The government has alleged that the defendant knowingly possessed the cocaine base charged in the indictment. If you find as a fact that the defendant was merely present in the vehicle and had no knowledge of the cocaine base charged in the indictment, you must find him not guilty of possession of the cocaine base with the intent to distribute. See First Circuit Pattern Jury Instructions, § 4.18.02(a). United States v. Garcia-Carrasquillo, 2007 U.S. App. LEXIS 7609 (1st Cir. April 3, 2007).

2. Evidence Of Other Acts

You have heard evidence that the defendant committed other acts that the government claims are similar to the charge in this case. I have ruled that this

evidence is admitted to show the defendant's ___________. The evidence is not admitted to show that the defendant has bad character and that he acted in conformity with that bad character in this case. See First Circuit Pattern Jury Instructions, § 2.06.

3. Statement Of Defendant

You have heard evidence that Kent Awer made a statement in which the government claims he admitted certain facts. It is for you to decide (1) whether Mr. Awer made the statement, and (2) if so, how much weight to give it. In making those decisions, you should consider all of the evidence about the statement, including the circumstances under which the statement may have been made and any facts or circumstances tending to corroborate or contradict the version of events described in the statement. See First Circuit Pattern Jury Instructions, § 2.11.