AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Kent Awer

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-61 S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Edward C. Roy |
| TRIAL DATE(S) CONT. FROM 4/18/07 April 26, 2007 | COURT REPORTER Anne Clayton | COURTROOM DEPUTY Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/26/07 | | FULL | Certificate of Conviction filed 6/20/96 |
| 1A | | | | FULL | Indictment dated 12/20/94 |
| 2 | | | | FULL | Certificate of Conviction filed 12/2/96 |
| 2A | | | | FULL | Superior Court Information dated 12/8/95 |
| 3 | | | | FULL | Clerks Minutes Re: Disposition/Sentencing filed 10/20/99 |
| 3A | | | | FULL | Superior Court Information dated 2/17/99 |
| | | | | | W-3 Lynn Simas |
| | | | | | W-4 Darren D. Ellinwood |
| 10 | | | | FULL | Disk 7-19-1 (recording from 7/19/06) |
| 10b | | | | Full | Disk 7-19-3 (recording from 7/19/06) |
| 10A | | | | Full | Disk 7-19-2 (recording from 7/19/06) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.