# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR06-61S***

***To:*** ***Warden***
***ACI - Women's Division***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Lynn Simas**, by you restrained of **her** liberty, as it is said, by whatsoever means detained, together with the day and cause of **her** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **26th** day of **April, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that

Deputy U.S. Marshal

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: April 24, 2007.

David A. DiMarzio, Clerk

Evidentary Hearing

***By*** ***Doreen Baldinelli - Deputy Clerk***