AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

United States

V.

Kent Awer

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR 06-61 S

TO: Attorney Artin Coloian

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| US District Court, Courtroom 4, Third Floor, Hon. William E. Smith | 4 |
| | DATE AND TIME<br>5/7/2007 9:30 am |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

see attached Exhibit A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Paulette J. Duke<br>Chief Deputy Clerk | 5.2.07 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Edward C Roy Jr AFPD 528-4280
10 Weybosset St, Suite 300, Providence, RI 02903

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5-2-07 | USDC |
| SERVED | May 5, 2007 | 128 Dorrance Street |

| | |
|---|---|
| SERVED ON (PRINT NAME)<br>Jill, paralegal for Mr. Gloiian | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☒ NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME)<br>Edward C. Roy, Jr. | TITLE<br>AFPD |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 5-11-07
DATE

[signature]
SIGNATURE OF SERVER

10 Weybosset
ADDRESS OF SERVER

ADDITIONAL INFORMATION Served on paralegal at Mr. Gloiian's request

Attachment To Awer Subpoenaes

Any and all records of communications between your office and Dianikqua Johnson concerning her arrest on May 2, 2006 by the East Providence Police Department, including any notes of meetings, notes of telephone conversations, and notes of meetings with prosecutors, family members of Dianikqua Johnson, any State Court judges, letters to any prosecutors, family members or to Dianikqua Johnson concerning her prosecution by the State of Rhode Island based on the May 2, 2006 arrest and any letters to your office from Dianikqua Johnson relating to her prosecution by the State of Rhode Island based on the May 2, 2006 arrest.