General Laws of Rhode Island
Copyright; 1953-2006 by the State of Rhode Island and Providence Plantations and Matthew Bender & Company, Inc.

*** Current through the January 2006 Session ***
*** Annotations current through November 14, 2006 ***

TITLE 21. FOOD AND DRUGS
CHAPTER 28. UNIFORM CONTROLLED SUBSTANCES ACT
ARTICLE IV. OFFENSES AND PENALTIES

**GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

R.I. Gen. Laws § 21-28-4.01.2 (2007)

§ 21-28-4.01.2. Minimum sentence -- Certain quantities of controlled substances

(a) Except as authorized by the chapter, it shall be unlawful for any person to possess, manufacture, sell, or deliver the following enumerated quantities of certain controlled substances:

(1) More than one kilogram (1 kg.) of a mixture or substance containing a detectable amount of heroin;

(2) More than one kilogram (1 kg.) of a mixture or substance containing a detectable amount of

(i) Coca leaves, except coca leaves and extracts of coca leaves from which cocaine, ecgonine, and derivatives of ecgonine or their salts have been removed;

(ii) Cocaine, its salts, optical and geometric isomers, and salts of isomers;

(iii) Ecgonine, its derivatives, their salts, isomers, and salts of isomers; or

(iv) Any compound, mixture, or preparation which contains any quantity of any of the substances referred to in paragraphs (i) -- (iii) of this subdivision;

(3) More than ten grams (10 gs.) of phencyclidine (PCP) or more than one thousand (1,000) tablets of a mixture or substance containing a detectable amount of phencyclidine (PCP);

(4) More than one gram (1 g.) of lysergic acid diethylamide (LSD); or more than one thousand (1,000) tablets of a mixture or substance containing a detectable amount of lysergic acid diethylamide (LSD); or

(5) More than five kilograms (5 kgs.) of a mixture containing a detectable amount of marijuana.

(b) Any person who violates this section shall be guilty of a crime, and upon conviction, shall be imprisoned not less than twenty (20) years to serve and may be imprisoned for a term up to life and fined not more than one million dollars ($ 1,000,000) nor less than twenty-five thousand dollars ($ 25,000). In all these cases, the justice imposing sentence shall impose a minimum sentence of twenty (20) years imprisonment and may only impose a sentence less than that minimum if he or she finds that substantial and compelling circumstances exist which justify imposition of the alternative sentence. The finding may be based upon the character and background of the defendant, the cooperation of the defendant with law enforcement authorities, the nature and circumstances of the offense, and/or the nature and quality of the evidence presented at trial. If a sentence which is less than imprisonment for a term of twenty (20) years is imposed, the trial justice shall set forth on the record the circumstances which he or she found as justification for imposition of the lesser sentence. Within twenty (20) days of the imposition of a sentence which is less than imprisonment for a term of twenty (20) years, the attorney general may appeal the sentence to the supreme court in accordance with procedures to be established by the supreme court.