UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

AMENDED
MOTION IN LIMINE TO DETERMINE ADMISSIBILITY OF STATEMENTS OF DECEDENT UNDER F.R.E. 804(b)(3)

The defendant, Kent Awer, files this amended motion in limine requesting that the Court make a determination of the admissiblity of testimony of attorneys Artin Coloian and Judith Crowell, which testimony would contain admissions against interest of Dianikqua Johnson, now deceased, which would tend to exculpate Mr. Awer. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law. The defendant would note that the Court has scheduled a hearing in connection with the defendant's original motion in limine for May 29, 2007 at 2:00 p.m.. The defendant would reserve the right to file a supplemental memorandum of law should the Court feel the necessity of additional briefing in light of the testimony adduced at the hearing on May 29, 2007.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served on Sandra R. Beckner, AUSA, on the 22nd day of May, 2007.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MEMORANDUM IN SUPPORT OF AMENDED MOTION IN LIMINE TO DETERMINE ADMISSIBILITY OF STATEMENTS OF DECEDENT UNDER F.R.E. 804(b)(3)

In view of the many memoranda filed by both sides in connection with this issue, the admissibility of Rule 804(b)(3) testimony, defense counsel would incorporate by reference the other memoranda filed by the defendant in support of the motion in limine.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served on Sandra R. Beckner, AUSA, on the 22nd day of May, 2007.

/s/ Edward C. Roy, Esquire