**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 06-061S** |
| | ) | |
| | ) | **Information pursuant to** |
| **v.** | ) | **21 U.S.C. § 851** |
| | ) | |
| | ) | |
| **KENT AWER** | ) | |

**INFORMATION CHARGING PRIOR CONVICTION**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, KENT AWER, who was charged by the United States Grand Jury in the District of Rhode Island on the 10th day of May, 2006 in Count One of the indictment with possession with the intent to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), of having been previously convicted of felony drug offenses as described below:

KENT AWER was convicted on April 3, 1995 in the State of New York, Broome County Court of Criminal Possession of a Controlled Substance - 4th degree, Cause No. 94-0612;

KENT AWER was convicted on December 8, 1995 in the State of New York, Broome County Court of Criminal Possession of a Controlled Substance - 3rd degree, Cause No. 95-0697;

KENT AWER was convicted on May 12, 1999 in the State of New York, Broome County Court of Criminal Sale of a Controlled

Substance, Cause No. 99-0117.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant KENT AWER, has two or more previous convictions for felony drug offenses and therefore is subject to a fine of not more than eight million dollars and a mandatory term of life imprisonment on Count One indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on June 5, 2007, a copy of the within "Information Charging Prior Conviction" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj