IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-061S |
| | ) | |
| KENT AWER | ) | |

GOVERNMENT'S ADDITIONAL PROPOSED INSTRUCTION

The United States of America may request the following instruction in addition to those already submitted.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

**CERTIFICATE OF SERVICE**

Oon June 19, 2007, I caused the within "Government's Proposed Jury Instructions" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward C. Roy
Assistant Federal Public Defendant
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

## LEGALITY OF THE SEIZURE

You have heard evidence that this case involved the seizure of a controlled substance by members of the East Providence Police Department. The legality of that seizure is a question for the court and not the jury. Therefore, you should not consider it during your deliberations.

See United States v. Sanders, 196 F.3d 910, 914 (8th Cir. 1999).