UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

NOW comes the defendant, Kent Awer, and moves that this Honorable Court issue a writ of habeas corpus ad testificandum directing the Warden of the Adult Correctional Institution to produce Lynn Simas, presently housed in the Women's Division, for court on June 28, 2007 at 9:30 a.m..

KENT AWER,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Sandra R. Beckner, AUSA on the 21st day of June, 2007.

/s/ Edward C. Roy, Esquire