UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE

On June 21, 2007, the government filed a motion in limine seeking to exclude the testimony of Federal Public Defender investigator Daniel Fortier and Lynn Simas. Simultaneously with the filing of the government's motion, the court has ruled that Lynn Simas' testimony is admissible. D.E. 138. As a result, this memorandum will only address the government's arguments as to Mr. Fortier. The defense seeks to have Mr. Fortier testify that, as of June 25, 2006, the date that Dianikqua Johnson made the "statement" ruled by this court to be admissible under Rule 804(b)(3), she had a pending Superior Court date for the charges filed against her. There can be no prejudice by this testimony as the jury will hear that Ms. Johnson, Mr. Simmons and Mr. Awer were all arrested. An arrest implicates the court process. The purpose of Mr. Fortier's testimony, which would be based on certified copies of court documents, would merely to give Ms. Johnson's

statements context. In other words, to explain what she was referring to when she mentioned Superior Court in her statement. The issue of "state charges" will already be before the jury. For these reasons, the defendant requests that the court deny the government's motion.

KENT AWER,
By his attorney,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I served a copy of the within on Sandra R. Beckner, AUSA by way of ECF case filing on the 21st day of June, 2007.

/s/ Edward C. Roy, Esquire