AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

United States of America

V.

Kent Awer

**SUBPOENA IN A CRIMINAL CASE**

Case Number: CR 06-61 S

TO: Lt. Joseph Mullensky
ACI
Women's Division

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Third Floor, Judge Smith, US District Court, One Exchange Terrace Providence, RI 02903 | Judge William E. Smith |
| | DATE AND TIME |
| | 6/28/2007 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Wendy Sisto (By) Deputy Clerk | 6/19/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6-19-07 | ACI - Women's Div |
| SERVED | | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| C.O. Lessevier | ☐ YES ☒ NO AMOUNT $ ______ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Edward C. Roy, Esq. | AFPD |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6-19-07
DATE

[signature]
SIGNATURE OF SERVER

10 Weybosset St
ADDRESS OF SERVER

Prov. RI

ADDITIONAL INFORMATION

FILED
2007 JUN 21 P 1:06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND