UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-61 S

KENT AWER :

MOTION TO WITHDRAW

NOW comes defense counsel, Edward C. Roy, Assistant Federal Public Defender, and moves that this Honorable Court grant him leave to withdraw his appearance for Kent Awer. Twice within the past 72 hours, Mr. Awer has requested that counsel withdraw his appearance. Mr. Awer and defense counsel are in conflict over trial strategy. At this time, given Mr. Awer's insistence that defense counsel withdraw, counsel is filing this motion, realizing that a jury has been selected and that trial is scheduled to commence on June 27, 2007.

KENT AWER,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Sandra R. Beckner, AUSA on the 21st day of June, 2007.

/s/ Edward C. Roy, Esquire