IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | |
| | ) | Cr. No. 06-061S |
| KENT AWER | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, and hereby OBJECTS to the Defendant's Motion to Withdraw.

The jury was empaneled in this case on June 5, 2007. This case has been continued for over a year. The government has spent the last several months preparing for trial in this matter, to include drafting and submitting the pretrial memorandum, preparing exhibit lists, preparing witnesses, and responding to numerous pretrial motions.

In evaluating whether a defendant's request for new counsel and a continuance should be granted, the Court should consider the timeliness of the request, the nature of the defendant's complaint, and "whether the conflict between the defendant and his counsel was so great that it resulted in a total lack of communication preventing an adequate defense." United States v. Allen, 789 F.2d 90, 92 (1st Cir. 1986).

For the defendant to come before the Court at the eleventh

hour, requesting a new attorney is untimely. See, e.g., United States v. Reyes, 352 F.3d 511, 515 (1st Cir. 2003) (motion to withdraw filed one week before trial untimely); United States v. Woodard, 291 F.3d 95, 107 (1st Cir. 2002) (motion for substitute counsel filed 13 days before trial untimely). Because the defendant's motion is untimely, the Court should deny his counsel's request to withdraw.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on June 22, 2007, a copy of the within "Government's Response to Defendant's Motion to Withdraw" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward Roy
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj