UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-61 S |
| KENT AWER | : | |

RENEWED MOTION TO WITHDRAW

NOW comes defense counsel, Edward C. Roy, Assistant Federal Public Defender, and renews his motion to withdraw his appearance for Kent Awer. A motion to withdraw was filed on Friday, June 22, 2007and it was heard on June 25, 2007. At the conclusion of the hearing, Mr. Awer stated that he would refuse to come into the courtroom for the trial. This tactic by Mr. Awer would be extremely prejudicial to his defense. It would be virtually impossible for the defendant to be acquitted, meaning he would face life in prison without the possibility of parole. As a result, the conflict between Mr. Awer and defense counsel has worsened. Although a jury has been empaneled, this defendant does face life without parole if convicted. Defense counsel is seeking to renew this motion because of the deepening of the conflict. Given Mr. Awer's exposure after trial, it would not be in his best interests to allow the trial to proceed with him *in absentia*.

Defense counsel, reluctantly, moves again to withdraw his appearance.

KENT AWER,
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Sandra R. Beckner, AUSA on the 25th day of June, 2007.

/s/ Edward C. Roy, Esquire