AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Kent Awer

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-61S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Edward C. Roy |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 27 | Anne Clayton | Wendy Geile |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| DAY 1 | | | 6/27/07 | | | W-1 Officer Floyd Gardner |
| | 11 | | 6/27/07 | | FULL | Photograph of Crack Cocaine |
| | 8 | | ↓ | | FULL | Black Ascot Bag |
| | 8A | | ↓ | | FULL | Grey Prada Bag with Papers |
| | 12 | | ↓ | ~~ID~~ | FULL | Crack Cocaine (1 Bag) |
| | | | ↓ | | | W-2 Officer Andrew Dubois |
| | | | ↓ | | | W-3 Task Force Agent Chris Francesconi |
| | | | ↓ | | | W-4 Investigator Darren Ellinwood |
| | 1 | | ↓ | | FULL | Stipulation of convictions |
| | | | ↓ | | | W-5 Officer Karl Jacobson |
| | 12A | | ↓ | | FULL | Stipulation of Ms. Ramona Montreuil |
| | 4 | | ↓ | | FULL | Photograph of crack cocaine |
| | 10 | | ↓ | | FULL | Photograph of crack cocaine |
| | 7 | | ↓ | | FULL | Avis Rent A Car System, Inc Agreement |
| | 7A | | 6/27/07 | | FULL | Stipulation to Government's exhibit #7 |
| | | | 6/27/07 | | | W-6 Lynn Simas |
| DAY 2 | | | 6/28/07 | | | W-7 Officer Joseph Mullensky |
| | | A | 6/28/07 | ID | FULL | Statement of Dianikqua Johnson |
| | | C | 6/28/07 | | FULL | Stipulation that Dianikqua is unavailable |
| | | D | 6/28/07 | | FULL | Stipulation of Dianikqua Johnson's Court date |
| | | B | 6/28/07 | | FULL | Statement of Dianikqua Johnson with additional paragraph |
| | | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.