UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>KENT AWER,<br>Defendant. | CR No. 06-061S |

JURY VERDICT FORM

1. As to Count I of the Indictment (possessing, with intent to distribute, fifty grams or more of a mixture or substance containing cocaine base), we the jury find the Defendant, Kent Awer:

✓ GUILTY

___ NOT GUILTY

Date: June 28 2007

Signature of Foreperson: ____