IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
 )
vs. ) CR. No. 06-061S
 )
KENT AWER )

ORDER

This Court has reviewed the Government's Motion to Release Evidence, and, having received no objection by the Defendant, it is hereby ORDERED:

Exhibit 12 (crack cocaine), which was admitted into evidence at trial in the above entitled matter, is to be released to the custody of the Drug Enforcement Administration (DEA), Providence Resident Office. The DEA shall preserve and maintain custody of said items until this Court orders otherwise.

BY ORDER:

Carol Baldinelli

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

DATE: 7/6/07