United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR06-61-01S

KENT AWER

**EXHIBIT RECEIPT**

Government exhibits # 12 (one bag of crack cocaine)

Signature of Attorney:
Task Force Officer - DEA
TFO [signature]

David A. DiMarzio, Clerk

[signature]
Deputy Clerk