U.S. Department of Justice

United States Attorney
District of Rhode Island

EXHIBIT 1

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

June 20, 2006

**VIA FACSIMILE**

Mr. Steven D. DiLibero
DiLibero & Coloian
130 Dorrance Street
Providence, Rhode Island 02903
Fax (401) 331-9503

Re: *United States v. Kent Awer*, CR-06-61S

Dear Mr. DiLibero:

It is the government's understanding that the defendant may be enhanced to a mandatory life sentence pursuant to 21 U.S.C. §§ 841(b)(1)(A) & 851. Should the defendant plead guilty on or before July 6, 2006, the government will agree to file only one enhancement, exposing the defendant to a statutory range of punishment of 20 years to life as opposed to mandatory life. If the defendant is interested in accepting the government's offer, please notify me and I will draft a plea agreement. If you have any questions, please call me at 709-5053.

Sincerely,

Robert Clark Corrente
United States Attorney

SANDRA R. BECKNER
Assistant United States Attorney