**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

EXHIBIT 2

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

June 26, 2006

Mr. Steven D. DiLibero
DiLibero & Coloian
130 Dorrance Street
Providence, Rhode Island 02903

Re: *United States v. Kent Awer*, CR-06-61S

Dear Mr. DiLibero:

In response to your request for discovery, please see AUSA Mary Rogers' discovery letter dated May 25, 2006. A copy of that letter and its enclosures are attached. In addition, the DEA-6 - Report of Investigation dated 6/15/06, the East Providence Police Report and a copy of the defendant's certified convictions are enclosed. Any physical evidence in this case may be examined upon appointment.

If this matter proceeds to trial, the government will seek to introduce the defendant's prior drug convictions. A formal notice pursuant to Fed.R.Evid. 404(b) will be forthcoming. Additionally, if the defendant were to testify at trial, the government may use any of his felony convictions or convictions in crimes involving dishonesty in its cross-examination.

If your client is interested in pleading guilty, please let me know and I will draft a plea agreement involving only one enhancement. Should your client refuse the government's plea offer, both enhancements will be filed.

Sincerely,

ROBERT C. CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant United States Attorney