EXHIBIT 3

FEDERAL DEFENDER OFFICE
DISTRICT OF RHODE ISLAND
10 WEYBOSSET STREET, 3RD FLOOR
PROVIDENCE, RHODE ISLAND 02903

TELEPHONE: 401-528-4281
(FAX) 401-528-4285

September 11, 2006

Sandra R. Beckner, AUSA
Office of the United States Attorney
40 Westminster Street
Providence, RI 02903

**RE: United States v. Kent Awer**

Dear Sandra:

Thank you for sending the calibration certificate over to me. In speaking with Mr. Awer, there are some other materials that he wants me to request. Before I can fully advise him as to whether or not to waive a suppression issue, I need to review some other materials. In this case, given that Mr. Awer's potential exposure is a life sentence, I think it is in his best interest that I have a complete picture of the issues in the case. I am, therefore, requesting that you provide the following documents:

- East Providence Police policies on inventory searches, vehicle towing and speeding violations, i.e. distance followed before violation is ticketed;
- Record of any entries made by Patrolman Dubois on his cruiser's laptop concerning Mr. Awer on the night in question;
- The rental agreement and insurance information provided by Mr. Awer.

Thank you for your attention to this matter.

Very truly yours,

EDWARD C. ROY, ESQUIRE

ECR/slc