EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| * * * * * * * * * * * * | CRIMINAL ACTION |
| USA | 06-061S |
| VS. | OCTOBER 31, 2006 |
| KENT AWER | PROVIDENCE, RI |
| * * * * * * * * * * * * | |

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH

DISTRICT JUDGE

(MOTION TO SUPPRESS)

APPEARANCES:

FOR THE GOVERNMENT: SANDRA BECKNER, ATTY.
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT: EDWARD C. ROY, ESQ.
Federal Public Defender's Office
10 Weybosset St.
Providence, RI 02903

Court Reporter: Anne M. Clayton, RPR
One Exchange Terrace
Providence, RI 02903

Proceeding reported and produced by computer-aided stenography

# I N D E X


| WITNESS | PAGE |
|---|---|
| ANDREW DUBOIS | |
| Direct Examination by Ms. Beckner: | 4 |
| Cross-Examination by Mr. Roy: | 25 |
| Redirect Examination by Ms. Beckner: | 49 |
| Recross-Examination by Mr. Roy: | 52 |
| FLOYD GARDNER | |
| Direct Examination by Ms. Beckner: | 60 |
| Cross-Examination by Mr. Roy: | 86 |
| Redirect Examination by Ms. Beckner: | 103 |

GOVERNMENT EXHIBITS

| | | |
|---|---|---|
| 1 | - | 13 |
| 2 | - | 20 |
| 3 | - | 21 |
| 4 | - | 83 |

DEFENDANT EXHIBITS

| | | |
|---|---|---|
| A & C | - | 48 |
| B & E | - | 114 |


---

put Ms. Johnson on that they'll stipulate that it's not her signature. I mean, you couldn't get any more from a handwriting analyst than that. I should say that it doesn't appear to be her signature is what they'll stipulate to.

MR. ROY: While I accept the Government's largess, your Honor, I think out of an abundance of caution -- I should note parenthetically, your Honor, the stakes are very high for Kent Awer. The Government has told me that if he goes to trial on this matter, he's facing a mandatory minimum of life in jail. Given that, the fact that he's facing the second most extraordinarily high penalty the federal system can mete out, I think I, as his lawyer, I owe him every effort to try and find out the truth about what happened.

While I do respect what Ms. Beckner said, I think I ought to have an expert look at it out of an abundance of caution given the fact that this man is facing the rest of his life in prison.

THE COURT: But I'm not sure what it could add. I don't understand what it could add to the evidence that's before me. I mean, Ms. Beckner is right. You haven't put Ms. Johnson on, for example, to say that "I didn't sign that document" or whatever else she might

C E R T I F I C A T I O N

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Anne M. Clayton

Anne M. Clayton, RPR

Nov. 17, 2006

Date