UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-61 S |
| KENT AWER | : | |

MOTION TO CONTINUE EVIDENTIARY HEARING

The court has scheduled for October 16, 2007 an evidentiary hearing on the defendant's objection to the Information filed by the government pursuant to 21 U.S.C. § 85. The defendant has requested records from the New York City School Department relating to his learning disability and special education. The records have not yet been received by defense counsel. The fact that Mr. Awer has a documented learning disability is critical to the arguments to be made by defense counsel concerning the filing of the Section 851 Information. To allow the records to be received and distributed to the government and the court, defense counsel requests a forty five (day) continuance. The records were first requested in writing on August 8 and, again, on September 10, 2007.

KENT AWER,
By his attorney,

/s/ Edward C. Roy
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@hotmail.com

CERTIFICATION

I hereby certify that I caused a copy of the within motion to continue to be served upon Sandra R. Beckner, AUSA on the 9th day of October, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire