IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR-06-61S |
| KENT AWER | : | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

The defendant moves the Court to continue the evidentiary hearing scheduled to address the defendant's objection to the government's filing of the enhancement information pursuant to 21 U.S.C. § 851. Specifically, the defendant objected to the timeliness of that filing.

In support of his motion to continue the hearing, the defendant claims that he needs records from the New York City School Department that he has not yet received. However, the defendant's school records and his scholastic abilities have no relevance to the timeliness of the government's filing of the § 851 enhancement. That is, the defendant's school records will have no impact at the hearing.

As already briefed in the government's response to the defendant's objection, the filing deadline for the § 851 enhancement is jury selection. See United States v. Cartagena-

Carrasquillo, 70 F.3d 706, 715 (1st Cir. 1995). In this case, that deadline was met. Moreover, the defendant first became aware of the government's offer in June 2006, one year before the enhancement was filed. Thus, lack of notice is not at issue. Because the school records do not have any legal relevance for the hearing, the defendant's motion to continue should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On October 9, 2007, I caused the within "Government's Response to Defendant's Motion to Continue" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj